to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

ELIA R. CRESPI, Respondent, v. JOHN CRESPI and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

NAT FRIEDMAN & SON, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question certified is: Does the complaint herein state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See 237 App. Div. 646.]

GENERAL CREDIT CORPORATION, Appellant, v. JOHN KAPUN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

WILLIAM GOLTZ and JOHN BRENGARD, Respondents, v. ART AWNING MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAFFAEL DI NAPLES, an Attorney and Counselor at Law.— Matter referred to Honorable Norman S. Dike, official referee, to hear and to report with his opinion. Present — Young, Hagarty, Tompkins and Davis, JJ.; Kapper, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAFFAEL DI NAPLES, an Attorney and Counselor at Law.— Motion to supplement petition granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of MAX SCOTT for Revocation of Letters Testamentary to MILLIE SCHER, One of the Executors Named in the Last Will and Testament of HARRY SCHER, Deceased. In the Matter of the Application of JOHN J. ACKERMAN for the Removal of MAX SCOTT as One of the Executors of the Estate of HARRY SCHER, Deceased. In the Matter of the Application of MAX SCOTT, as Executor of the Last Will and Testament of HARRY SCHER, Deceased, to Discover Certain Property of the Said Decedent Claimed to Be Withheld. MAX SCOTT, as Executor, etc., of HARRY SCHER, Deceased, Appellant; JOHN J. ACKERMAN, as Committee for MILLIE SCHER, Respondent.— Motion to resettle order of this court dated December 19, 1932, denying motion for leave to examine, granted and order resettled so as to include an examination of the books. However, in view of the fact that upon the hearing executor Max Scott has agreed that the only item concerning which he wishes to examine the books is an item as to which he says there is a discrepancy, the examination should proceed before the surrogate and be limited to that item. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See 237 App. Div. 840.]

In the Matter of LEO TAUBER, an Attorney.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the County Court of Westchester county, pleaded guilty to the crime of forgery in the third degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder. JJ.